# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: August 24, 2006

To: United States Court of Appeals     Attn: (x) Civil
      For the Ninth Circuit
      Office of the Clerk                          ( ) Criminal
      95 Seventh Street
      San Francisco, CA 94103            ( ) Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:        CV 00-00769SOM-BMK      Appeal No:      04-16436
Short Title:  Associates Nat'l v. Erum

| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 3 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____  Date: _____

cc: counsel