# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

ASSOCIATES NATIONAL BANK,
Delaware, a bank chartered under the laws
of Delaware,

          Plaintiff - Appellee,

V.

THEODORICO ERUM, JR.,

          Defendant - Appellant.

No.   04-16436
D.C. No.  CV-00-00769-
SOM/BMK

**JUDGMENT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 6 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

 

Appeal from the United States District Court for the District of Hawaii
(Honolulu).

This cause came on to be heard on the Transcript of the Record from the
United States District Court for the District of Hawaii (Honolulu) and was duly
submitted.

On consideration whereof, it is now here ordered and adjudged by this
Court, that the judgment of the said District Court in this cause be, and hereby is
**REVERSED**.

Filed and entered 10/23/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 1 4 2006

by: _____ Deputy Clerk