```
INTERNAL USE ONLY: Proceedings include all events.
04-16436 Associates Nat'l v. Erum
```

| | |
|---|---|
| ASSOCIATES NATIONAL BANK, Delaware, a bank chartered under the laws of Delaware<br>    Plaintiff - Appellee | Julia B. Strickland, Esq.<br>FAX 310/556-5959<br>213/556-5800<br>18th Floor<br>[COR LD NTC ret]<br>STROOCK & STROOCK & LAVAN<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br><br>Elizabeth A. Kane, Esq.<br>525-6301<br>[COR LD NTC ret]<br>LAW OFFICE OF ELIZABETH A. KANE, LLC<br>P.O. Box 27145<br>Honolulu, HI 96827-0145 |
| v. | |
| THEODORICO ERUM, JR.<br>    Defendant - Appellant | Theodorico Erum, Jr.<br>808/822-9292<br>[COR LD NTC prs]<br>P.O. Box 998<br>Kapaa, HI 96746 |