Theodorico Erum, Jr.
Residence address: 4962 La Road, Kapaa HI 96746
Mailing address: P. O. Box 998, Kapaa HI 96746
Telephone: (808) 822-9292
Defendant, Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 21 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ASSOCIATES NATIONAL BANK, Delaware, a bank chartered under the laws of Delaware, | CIVIL NO. 00-00769 SOM/BMK |
| Plaintiff, | DEFENDANT'S APPLICATION TO TAX COSTS; CERTIFICATE OF SERVICE |
| v. | |
| THEODORICO ERUM, JR. | (Non-hearing motion) |
| Defendant. | |

COMES NOW defendant, above-named, and submits the following motion to tax costs against plaintiff pursuant to FRAP 39(e)(4):

-1-

## **DEFENDANT'S APPLICATION TO TAX COSTS**

Defendant Theodorico Erum, Jr., pro se, hereby moves the above named U.S. District Court pursuant to FRAP 39(e)(4) to tax plaintiff Associates National Bank for the cost of the $255.00 filing fee paid by defendant to the District Court on June 28, 2004 (see D.C. receipt no. 223603) for filing his notice of appeal to the U. S. Court of Appeals for the Ninth Circuit, No. 04-16436. The appeal was taken from the judgment of the District Court awarding attorney fees and costs to plaintiff pursuant to 28 U.S.C. 1447(c).

This non-hearing motion is brought on the ground that the Court of Appeals has **reversed** said judgment of the District Court, and, therefore, defendant is entitled under FRAP 39(e)(4) to tax such cost against the plaintiff. See judgment of the Court of Appeal filed in the District Court on November 16, 2006.

Dated: November 18, 2006, at Kauai, Hawaii.

*/s/ Theodorico Erum*
Theodorico Erum, Jr.
Defendant, Pro Se

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this date of November 18, 2006, I served the foregoing document on plaintiff Associates National Bank by mailing a copy in an envelope addressed to its counsel, Elizabeth A. Kane, P. O. Box 27145, Honolulu, Hawaii 96827, and a copy in an envelope addressed to its co-counsel, Strook, Strook, & Lavan, Attn. Juliet Strickland, 2029 Century Park East, Suite 1800, Los Angeles, California 90067, postage prepaid, which were deposited with the United States Postal Service at Kauai, Hawaii.

Dated: November 18, 2006 at Kauai, Hawaii.

_____
Theodorico Erum, Jr.
Defendant, pro se