**FILED**

**NOV 27 2006**

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| ASSOCIATES NATIONAL BANK, Delaware, a bank chartered under the laws of Delaware,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>THEODORICO ERUM, JR.,<br><br>Defendant - Appellant. | No. 04-16436<br><br>D.C. No. CV-00-00769-SOM/BMK<br>District of Hawaii, Honolulu<br><br>ORDER |
|---|---|

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 30 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Appellant's unopposed motion for leave to file a late bill of costs is granted, good cause having been shown. *See Ticknor v. Choice Hotels International, Inc.*, 275 F.3d 1164 (9th Cir. 2002). Appellant's motion for costs is awarded in the reduced amount of $149.60. *See* Fed. R. App. P. 28 and 32. Costs are to be taxed against Appellee Associates National Bank.

A certified copy of this order shall serve to amend the mandate.

For the Court:
CATHY A. CATTERSON
Clerk of Court

Bonnie J. Kates
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A