RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

NOV 0 8 2006

Form 10. Bill of Costs

United States Court of Appeals for the Ninth Circuit

FILED
DOCKETED_____ DATE _____ INITIAL

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

**Associates National Bank v. Theodorico Erum, Jr.**    No. **04-16436**

The Clerk is requested to tax the following costs against: **Associates National Bank**

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 88 | .10 | $61.60 | 7 | 88 | .10 | 61.60 |
| Appellant's Brief | 20 | 30 | .10 | $60.00 | 20 | 30 | .10 | 60.00 |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 20 | 35 | .10 | $70.00 | 20 | 14 | .10 | 28.10 |
| | | | TOTAL | $191.60 | | | TOTAL | $ 149.60 b/k |

11-22-06

## Form 10. Bill of Costs - *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

**Theodorico Erum, Jr., Appellant Pro Se**

I, _____, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: *Theodorico Erum, Jr.*
Date: Nov. 4, '06

Name of Counsel (printed or typed): _____
Attorney for: _____

---

Date: 11-27-06    Costs are taxed in the amount of $149.60

Clerk of Court
By: _____, Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
NOV 27 2006
by _____
Deputy Clerk