ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ASSOCIATES NATIONAL BANK (Delaware), a bank chartered under the laws of Delaware | ) ) ) ) | CV 00-00769 SOM-BMK |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | |
| THEODORICO ERUM, JR. | ) ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 6 2006

at __2__ o'clock and __10__ __p__ .M.
SUE BEITIA, CLERK

### TAXATION OF COSTS

Costs are taxed in the amount of $255.00 and included in the judgment pursuant to the

Ninth Circuit Judgment, Appeal No. 04-16436, filed on November 16, 2006.

DATED: Honolulu, Hawaii: December 6, 2006

Sue Beitia,
Clerk, United States District Court

By: _____
Deputy Clerk