# MEMORANDUM

TO:   Records Unit
      United States District Court - Honolulu
      300 Ala Moana Boulevard, Room C-338
      Honolulu, HI  96850
      (808) 541-3587

FROM: Toni Smith / (208) 334-1612
      Judge Trott's Chambers
      550 West Fort Street, Room 667
      Boise, ID 83724

RE:   **Associates Nat'l v. Erum**
      **04-16436**

DATE: April 6, 2007

Please find the enclosed record from the above listed case.  Please sign and return the form at the bottom acknowledging receipt.

Thank you.

_____    DATE: _____

*Received stamp: RECEIVED CLERK U.S. DISTRICT COURT APR 11 2007 DISTRICT OF HAWAII*

*Handwritten: CV 00-00769 SOM BMK*

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: August 24, 2006

To:   Judge Stephen Trott          Attn: ( )   Civil
      U.S. Courthouse
      550 W. Fort Street, Ste. 667       ( )   Criminal
      95 Seventh Street
      Bosie, ID 83724-0040              (✓)   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:       CV 00-00769SOM-BMK    Appeal No:   04-16436
Short Title: Associates Nat'l v. Erum

✓ Clerk's Files in    3 ✓   volumes  (✓) original  ( ) certified copy

  Bulky docs              volumes (folders)  docket #

✓ Reporter's          3 ✓   volumes  (✓) original  ( ) certified copy
  Transcripts

  Exhibits                volumes  ( ) under seal

                          boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: _____